IN THE UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY RUSSELL AKA KIMBERLY MOORE, individually and on behalf of a class of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 14-00331--CG-B<br>)<br>)<br>)<br>)  |

**DEFENDANT JEFFERSON CAPITAL SYSTEM LLC'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant, Jefferson Capital Systems, LLC ("JCAP"), by and through its attorneys and pursuant to 7.1(a) and (b), of the Federal Rules of Civil Procedure and Local Rule 3.4, hereby submits it Corporate Disclosure Statement and states:

CL Holdings, LLC is the parent company of Jefferson Capital Systems, LLC. No publicly traded company owns 10% or more of Jefferson Capital Systems, LLC. No publicly traded company is a member of Jefferson Capital Systems, LLC.

Respectfully submitted this the 3rd day of October 2014.

/s/S. Anthony Higgins
S. ANTHONY HIGGINS
Attorney for Jefferson Capital Systems, LLC

OF COUNSEL:
HOLTSFORD GILLILAND HIGGINS HITSON & HOWARD, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101
email: thiggins@hglawpc.com

        /s/Steven P. Savarese, Jr.
        STEVEN P. SAVARESE, JR.
        Attorney for Jefferson Capital Systems, LLC

OF COUNSEL:
HOLTSFORD GILLILAND HIGGINS HITSON & HOWARD, P.C.
29000 U.S. Highway 98, Suite A-302
Daphne, Alabama 36526
Tel: 251-447-0234
Fax: 251-447-0212
email: ssavarese@hglawpc.com

-and-

MCGUIREWOODS LLP
David L. Hartsell, Esq.
Paul J. Catanese, Esq.
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
Telephone: (312) 849-8100
Facsimile: (312) 849-3690

## CERTIFICATE OF SERVICE

     I hereby certify that on October 3, 2014, an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of the same in the United States Mail, postage prepaid and properly addressed; and/or (c) by personal/firm email to the following:

Earl P. Underwood, Jr.
21 South Section Street
Fairhope, AL 36532

        /s/S. Anthony Higgins
        OF COUNSEL

60835402_1.docx