# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

Kimberly Russell )
)
vs. ) Civil Action No. 14-00331-CG
)
Jefferson Capital Systems, LLC )

## DISCLOSURE STATEMENT

Pursuant to Local Rule 3.4 of the Southern District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Jefferson Capital Systems, LLC certifies that

1) the nature of said party is:
limited liability company

(insert "individual, corporation, governmental entity, limited liability company, professional corporation, partnership, trust, etc..")

**-and-**

2) the following are parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public:
None

**-or-**

3) [✓] there are no parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public;

**-or-**

4) the following are limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar individuals or entities that could potentially pose a financial or professional conflict for a judge:

_____
_____
_____
_____

| October 22, 2014 | /s/S. Anthony Higgins |
|---|---|
| Date | Signature of Attorney or Litigant |